UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
WILFREDO GAUTIER COLBERG

CASE NO. 10-09256-SEK

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.01**    R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,714.00    Fees paid: $0.00    Fees Outstanding: $2,714.00**

With respect to the proposed (amended) Plan dated: **November 29, 2010** (Dkt 16).    Plan Base: **21,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]: There is/are no allowed claim(s) for creditor(s) dealt in the plan [FRBP RULE 3021].
    BPPR is yet to file its proof of claim.

- Debtor(s) fails to comply with Income Tax Return filing requirements of §1308. [§1325(a)(9)]
    Debtor is yet to submit a copy of form 1040 PR for the year 2006. The 341 Meeting is still open.

- Debtor(s) has/have failed to comply with her/his/their duties as a Debtor(s), debtor(s) has/have failed to provide documents and/or information requested at the meeting of creditors, impairing the Trustee duties performance under the Code. [11 USC §521 & §1302(b)]
    Debtor has failed to submit ASUME's certification and paystubs for the month of April 2010. Debtor must also submit his wife's paystubs as was requested by the Trustee at the 341 Meeting of Creditors.

- Other/Comments
    NONE.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this November 30, 2010.

/s/ Jose R. Carrion
_____
/s/ Nannette Godreau -Staff Attorney
_____
JOSE R. CARRION

CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550